IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES QUINTANA, | CASE NO. 1: 12-cv-00823-AWI-BAM |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| STATE OF CALIFORNIA-LABOR STANDARDS, ENFORCEMENT | |
| Defendant. | |

On May 18, 2012, Plaintiff filed a one-page complaint against the State of California - Labor Standards Enforcement Division. (Doc. 1.) The Complaint did not contain any causes of action, nor did it provide a legal or factual basis for relief. Accordingly, on July 25, 2012, the Magistrate Judge assigned to this case dismissed Plaintiff's complaint with leave to amend. (Doc. 5.) The Magistrate Judge ordered Plaintiff to file an amended complaint no later then August 14, 2012. (Doc. 5.) The Magistrate Judge cautioned Plaintiff that failure to timely file an amended complaint would result in dismissal of Plaintiff's case with prejudice. (Doc. 3.)

/././

/././

/././

As of August 31, 2012, Plaintiff has failed to file an amended complaint. Accordingly, this action is DISMISSED WITH PREJUDICE. All dates are VACATED. The clerk is directed to CLOSE to action.

IT IS SO ORDERED.

Dated:     September 4, 2012

CHIEF UNITED STATES DISTRICT JUDGE